PER CURIAM.
 

 Petitioner seeks a writ of mandamus to compel the Circuit Court for Duval County to enter a final order in his tort action against the City of Jacksonville. However, petitioner has not filed a proper motion for such relief.
 
 See Ponton v. Gross,
 
 576 So.2d 910 (Fla. 1st DCA 1991). Once a motion is filed, it must be called up for a hearing.
 
 Smartt v. First Union Nat’l Bank,
 
 771 So.2d 1232 (Fla. 5th DCA 2000).
 
 *925
 
 The petition for writ of mandamus is accordingly denied.
 

 PETITION DENIED.
 

 WOLF, BENTON, and PADOVANO, JJ., concur.